FILED
SUPERIOR COURT
OF GUAM

2021 FEB 24 PM 3:55

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,**<br><br>v.<br><br>**FRANCIS FILERUW,**<br>DOB: 05/20/1985<br><br>Defendant. | **Criminal Case No. CF0416-19**<br>GPD Report No. 19-20915<br><br>**DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE MOTION OUTSIDE MOTION CUT-OFF DATE** |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on February 22, 2021 for hearing on Defendant Francis Fileruw's ("Defendant's") Motion for Leave of Court to File Motion Outside Motion Cut-Off Date ("Motion"). Assistant Attorney General Sean Brown represents the People, and Alternate Public Defender Ana Maria C. Gayle represents Defendant. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **DENIES** Defendant's Motion.

## BACKGROUND

All motions were due by January 22, 2021 per the Court's July 27, 2020 Trial Scheduling Order. Trial Scheduling Order (Jul. 27, 2020). On February 11, 2021, Defendant submitted his Motion for Leave of Court to File Motion Outside Motion Cut-Off Date. This request concerned a Motion to Dismiss Indictment which Defendant failed to submit by the cut-off date. Motion at 2.

Following the July 27th Trial Scheduling Order, the People relayed to the court multiple times that the victim could not be located. *See* Hearing Notes (Aug. 8, 2020), (Sep. 18, 2020), (Oct. 15, 2020), and (Jan. 5, 2021). On January 5, 2021 the Court reminded APD to file a motion to dismiss since the victim could not be located. Motion at 2. However, Defendant missed the January

Decision and Order Denying Defendant's Motion for Leave of Court to File Motion Outside Motion Cut-Off Date
CF0416-19, *People of Guam v. Francis Fileruw*
Page **1** of **3**

21, 2021 deadline and filed the Motion to Dismiss on February 10, 2021. Motion at 2. The Defendant now requests a leave of court to file his motion to dismiss.

## DISCUSSION

Title 8 GCA § 65.45 provides the court with authority to allow the filing of motions beyond the time limit previously set by the court. The request to file late motions involves balancing the Court's ability to control its docket with the defendant's right to effective assistance of counsel and to present a complete defense. *Ungar v. Sarafite*, 376 U.S. 575, 590 (1964). "There are no mechanical tests for deciding when a denial of a continuance is so arbitrary as to violate due process. The answer must be found in the circumstances present in every case, particularly in the reasons presented to the trial judge." Id. at 589.

Here the Court is not satisfied that the circumstances Defendant listed justify letting him file a motion beyond the time limit previously set. With the help of his attorney, Defendant can still present and prepare a defense to the charges contained in the indictment. And while the Defendant's attorney has taken responsibility for failing to meet this deadline, her actions have not deprived Defendant of a fair trial and do not meet the level of ineffective assistance of counsel. *Strickland v. Washington*, 466 U.S. 668, 687 (1984).

Furthermore, Defendant fails to cite any special circumstances justifying a leave of court. The Defendant cites the COVID-19 pandemic, but gives no explanation as to how this contributed towards his failure to meet the deadline. By the Defendant's own admissions he was made aware of the victim's status on four separate occasions, was explicitly reminded to file this Motion, and simply failed to do so.

## CONCLUSION

For the reasons stated above, the Court **DENIES** Defendant's Motion. The Court will not consider Defendant's Motion to Dismiss the Indictment because it was filed outside the motion cut-off date.

**IT IS SO ORDERED** this ___Feb.24.2021___ *nunc pro tunc* to February 22, 2021.

Decision and Order Denying Defendant's Motion for Leave of Court to File Motion Outside Motion Cut-Off Date
CF0416-19, *People of Guam v. Francis Fileruw*
Page 2 of 3



**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

**SERVICE VIA E-MAIL**
I acknowledge that an electronic copy of the original was e-mailed to:
AG, APO

Date: 2/24/21  Time: 4:15
@

Deputy Clerk, Superior Court of Guam

Decision and Order Denying Defendant's Motion for Leave of Court to File Motion Outside Motion Cut-Off Date
CF0416-19, *People of Guam v. Francis Fileruw*
Page **3** of **3**